FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

No. 04-20-00429-CV

**IN THE INTEREST OF Y.Z., N.A.Z., J.F.Z., AND V.V.Z., CHILDREN**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3814CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due on November 16, 2020 but was not filed. On November 17, 2020, appellee filed a motion requesting an extension of time to file the brief until November 19, 2020. After consideration, we GRANT the motion and ORDER appellee to file its brief by November 19, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

